UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LJUBOMIR SPIROSKI,

                         Plaintiff,

                                    CIVIL CASE NO. 06-13414

v.

COMMISSIONER OF SOCIAL SECURITY,       HONORABLE PAUL V. GADOLA
                                         U.S. DISTRICT COURT

                         Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court are the parties' cross-motions for summary judgment and the Report and Recommendation of the Honorable Virginia M. Morgan, United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment and grant Defendant Commissioner's motion for summary judgment. The Magistrate Judge served the Report and Recommendation on all parties on November 30, 2006 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately December 18, 2006. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

> **ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 17] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

> **IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [docket entry 12] is **DENIED**.

> **IT IS FURTHER ORDERED** that the Defendant Commissioner's motion for summary judgment [docket entry 16] is **GRANTED**.

> **SO ORDERED.**

Dated: January 5, 2007                                    s/Paul V. Gadola
                                                                          HONORABLE PAUL V. GADOLA
                                                                          UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   1/9/2007  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
 James Brunson  , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Steven Harthorn
                            .

                                                    s/Ruth A. Brissaud
                                                    Ruth A. Brissaud, Case Manager
                                                    (810) 341-7845